UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal No. 5:23-cr-00043-GFVT-MAS |
| v. | ) ) | **ORDER** |
| DAVID C. SAM, | ) ) | |
| Defendant. | ) ) | |

*** *** *** ***

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. [R. 32.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *Id.* at 3. The Defendant has not objected and the time to do so has passed.

Upon review, the Court is satisfied that Defendant Sam knowingly and competently pled guilty to the charged offenses and that an adequate factual basis supports the plea as to each essential element of the offenses charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea **[R. 32]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant David C. Sam is **ADJUDGED** guilty of Counts Two (2), Three (3), and Four (4) of the Indictment;[1]

3. The Defendant's Jury Trial is **CANCELLED**;

---

[1] Judge Stinnett's recommendation also references forfeiture. Because the United States separately moved for a preliminary judgment of forfeiture, the Court ruled on the matter by a separate order. [R. 33.]

4. A Sentencing Order shall be entered promptly.

This the 10th day of August 2023.

Gregory F. Van Tatenhove
United States District Judge